

# Missouri Court of Appeals
## Southern District

**APRIL 27, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.     Case No. SD34038

    Re:     STATE OF MISSOURI,
            Plaintiff-Respondent,
            v.
            CHAD L. SEBENIECHER,
            Defendant-Appellant.

2.     Case No. SD33350

    Re:     STATE OF MISSOURI,
            Plaintiff-Respondent,
            v.
            JAMES MELVIN FREEMAN,
            Defendant-Appellant.